U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 MAY 14 PM 3: 25

CLERK

BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

SUSAN WHEELER,

    Plaintiff

v.

HEI HOSPITALITY, LLC, *et al.*

    Defendants

DOCKET NO.: 5:20-cv-28

**STIPULATION FOR DISMISSAL**

The parties, through their attorneys as duly authorized stipulate and agree under F.R.Civ.P. 41(a)(1) that any and all claims by and between all parties shall be dismissed with prejudice, each party to bear their own costs and attorney fees, and no party admitting to liability or wrongdoing.

DATED: 5/13/21

By: _____
Joel P. Iannuzzi, Esq.
Cleary Shahi & Aicher, PC
PO Box 6740
Rutland, VT 05702-6470
(802) 775-8800
jpi@clearyshahi.com

*Attorneys for Plaintiff
Susan Wheeler*

DATED: 5/13/21

By: _____
William A. O'Rourke III
RYAN SMITH & CARBINE, LTD.
P.O. Box 310
Rutland, VT 05702-0310
(802) 786-1060
wor@rsclaw.com

*Attorneys for Defendant
Benchmark Hospitality, Inc.*

DATED: 5/13/21

By: J. Patrick Kennedy /mc
Eric J. Janson, Esq.
Kennedy, J. Patrick
Seyfarth Shaw LLP
Seaport East, Suite 300
Two Seaport Lane
Boston, MA 02210-2028
(617) 946-4800
pkennedy@seyfarth.com
ejanson@seyfarth.com

*Attorneys for Defendant HEI Hospitality, Inc.*

**SO ORDERED:**

DATED: 14 May 2021

_____
Geoffrey W. Crawford, Chief Judge
U.S. District Court

0060-134/1128840